```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02567
    WILFORD B FERGUSON
    GINA M FERGUSON                            CHAPTER 13

                                               JUDGE: BRUCE W BLACK
            Debtor
     SSN XXX-XX-0684    SSN XXX-XX-2859
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/05/08 .

2. The case was dismissed without confirmation, 09/05/2008.

3. The Debtor paid a total of $ 3426.52 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| PRIME ACCEPTANCE CORP | SECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| BYL AGENCY LTD | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | 50.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 50.00 | .00 | .00 | .00 | 50.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                  50.00          .00         .00          .00         50.00
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $     617.00  direct and $    2871.63  through the plan.

The Trustee received $    179.89 .

Refunds to the Debtor totaled $    325.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 08 B 02567 WILFORD B FERGUSON & GINA M FERGUSON